United States District Court
Southern District of Texas
**ENTERED**
April 22, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES HERBERT ABNEY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:19-CV-121 |
| | § | |
| PHILIP SI FUENTES, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 10. No objections were made to the M&R.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 10, in substance.[1] The Court therefore **DISMISSES WITH PREJUDICE** Plaintiff's complaint.

Final judgment will be entered separately.

SIGNED this 21st day of April, 2020.

Hilda Tagle
Senior United States District Judge

---

[1] The published M&R contains several scrivener's errors; the Court instead adopts the following corrected statements (with the corrections in bold type):
- "Conversely, hostile environment claims are subject **to** this doctrine because they involve repeated conduct, which means that the 'unlawful employment practice' cannot be said to occur on any particular day." Dkt. No. 10 at 11.
- "**Plaintiff's** allegations suggest Defendant Sifuentes was personally responsible for Plaintiff's mail issues." *Id*. at 17.
- "Plaintiff primarily relies on his personal belief that Defendant Sifeuntes caused him to suffer delays with receiving **personal mail** and not on specific facts . . . ." *Id*. at 18.